UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM THOMAS,<br><br>       Plaintiff,<br><br>      v.<br><br>JOHN THOMAS,<br><br>       Defendant. | Case No.  21-cv-03686-AGT<br><br>**REVISED ORDER ON MOTION FOR INTERIM RELIEF**<br><br>Re: Dkt. No. 25 |

    Having considered the parties' briefing on John Thomas's motion for interim relief, the Court rules as follows:

- John and Miriam Thomas will each pay half of the airfare for their children to travel to and from Colorado for their son's football tournament.

- While in Colorado, the children will stay with Miriam. Miriam will be responsible for booking and for paying for a hotel room large enough for her and the two children. Miriam will also be responsible for "facilitat[ing] [her] son's [football] practices and any other activities with his teammate[s]." Dkt. 31 at 4.

- Should John wish to travel to Colorado for his son's football tournament, he may do so. But because John has stated that he doesn't "need to be there," and that Miriam should "have all the time with our children," dkt. 32 at 2, Miriam will have custody of the children during the Colorado trip. If John chooses not to attend the football tournament, he needn't accompany his children on the plane flight to Colorado.

- Miriam must ensure that the children are returned to John after the trip. The trip will end on August 8, 2022, when Miriam will leave Colorado for Australia, and the children must leave Colorado for California.

Tomorrow's hearing on the motion is vacated.

**IT IS SO ORDERED.**

Dated: August 1, 2022

                                                    Alex G. Tse
United States Magistrate Judge